

Nexttee Oil & Gas Trading Co.
Nigeria Ltd,
14 Saka Tinubu Street,
VICTORIA ISLAND Lagos
Nigeria

# Invoice Number: SC105044

*Please transfer the amount to:*

| | | |
|---|---|---|
| Company: | Trico Shipping AS | |
| Account No: | 6566.04.41705 | |
| Iban No: | NO9365660441705 | |
| Swift Code: | NDEANOKK | |
| Bank Details: | Nordea Bank Norge ASA (USD) | |

Invoice Date: **04/11/11**
Customer ID: **120043**
Job No:
Cust Ref. No:
Due Date: **04/11/11**
Page: **1**

## Sale of fuel onboard Northern Princess

| Description | Start Date | Start Time | End Date | End Time | Days | Hours | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| ROB fuel 245,000 litres @ R$ 2.25 per litre | | | | | | | 245,000 | 1.24611 | 305,297.01 |

BRL/USD FX rate @ 07/10/11 = 0.54654

Lubes - Barrel = 205 ltrs, Pail = 20 ltrs

| Description | QTY | Price | Amount |
|---|---|---|---|
| Gardinia 30 - Barrels | 11.71 | 956.44 | 11,197.00 |
| Rimula R3X/Top Turbo - Barrels | 0.98 | 1,032.86 | 1,008.00 |
| Lubrax Ind. EGF-150-PS - Pails | 5 | 114.77 | 574.00 |
| Lubrax Ind. HR-68-EP - Barrels | 2 | 841.67 | 1,683.00 |
| Lubrax Ind. HR-68-EP - Pails | 4.5 | 103.84 | 467.00 |
| Marbrax TR-68 - Pails | 3 | 142.10 | 426.00 |
| CP-100-AC - Pails | 4 | 158.50 | 634.00 |
| EGF-68-PS - Pails | 3 | 114.77 | 344.00 |
| Capela - Pails | 1 | 98.38 | 98.00 |
| Hidra XP 68 - Barrels | 1 | 841.67 | 842.00 |
| Hidra XP 68 - Pails | 0.75 | 103.84 | 78.00 |
| Omala 320 - Barrels | 1 | 1,065.75 | 1,066.00 |
| Omala 320 - Pails | 7.75 | 131.17 | 1,017.00 |
| Tellus 100 - Barrels | 2 | 1,147.73 | 2,295.00 |
| Tellus 100 - Pails | 7 | 153.03 | 1,071.00 |
| Tellus 68 - Pails | 9 | 103.84 | 935.00 |
| Graxa Mineral - Pails | 0.9 | 57.39 | 52.00 |
| Omala 150 - Pails | 2 | 131.17 | 262.00 |

Trico Shipping AS
Stoltenberggata 1, Postboks 2144, Postterminalen
5504 Haugesund, Norway
T | (+47) 52 70 04 00   F | (+47) 52 70 04 01
VAT No. 976854020   Incorporated in Norway  No 976 854 020

**EXHIBIT 4**



Nexttee Oil & Gas Trading Co.
Nigeria Ltd,
14 Saka Tinubu Street,
VICTORIA ISLAND Lagos
Nigeria

# Invoice Number: SC105044

*Please transfer the amount to:*

| | | |
|---|---|---|
| *Company:* | *Trico Shipping AS* | |
| *Account No:* | *6566.04.41705* | |
| *Iban No:* | *NO9365660441705* | |
| *Swift Code:* | *NDEANOKK* | |
| *Bank Details:* | *Nordea Bank Norge ASA (USD)* | |

Invoice Date: **04/11/11**
Customer ID: **120043**
Job No:
Cust Ref. No:
Due Date: **04/11/11**
Page: **2**

## Sale of fuel onboard Northern Princess

| Description | Start Date | Start Time | End Date | End Time | Days | Hours | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total USD | | | 329,346.01 |

Trico Shipping AS
Stollenberggata 1, Postboks 2144, Postterminalen
5504 Haugesund, Norway
T | (+47) 52 70 04 00   F | (+47) 52 70 04 01
VAT No. 970854920   Incorporated in Norway No 976 654 020

EXHIBIT 4

# Lubes - Princess sale

| Lubes on board | Soundings Quantity (Ltrs) | Unit Pricing - Promocao (R$) Barrel (205 Ltrs) | Unit Pricing - Promocao (R$) Pail (20 Ltrs) | Units required Barrel (205 Ltrs) | Units required Pail (20 Ltrs) | Pricing - Promocao (R$) Barrel R$ | Pricing - Promocao (R$) Pail R$ | Pricing - Promocao (USD) Barrel USD | Pricing - Promocao (USD) Pail USD |
|---|---|---|---|---|---|---|---|---|---|
| Gardinia 30 | 2,400 | 1,750 | | 11.71 | | 20,488 | 0 | 11,197 | 0 |
| Rimula R3X / Top Turbo | 200 | 1,890 | | 0.98 | | 1,844 | 0 | 1,008 | 0 |
| Lubrax Ind. EGF-150-PS | 100 | | 210 | | 5.00 | 0 | 1,050 | 0 | 574 |
| Lubrax Ind. HR-68-EP | 500 | 1,540 | 190 | 2.00 | 4.50 | 3,080 | 855 | 1,683 | 467 |
| Marbrax TR-68 | 60 | | 260 | | 3.00 | 0 | 780 | 0 | 426 |
| CP-100-AC | 80 | | 290 | | 4.00 | 0 | 1,160 | 0 | 634 |
| Castrol Icematic 2284 | 10 | | | | 0.50 | 0 | 0 | 0 | 0 |
| EGF-68-PS | 60 | | 210 | | 3.00 | 0 | 630 | 0 | 344 |
| Atlas Copco Fluid 201 | 100 | | | | 5.00 | 0 | 0 | 0 | 0 |
| Capela | 20 | | 180 | | 1.00 | 0 | 180 | 0 | 98 |
| Hidra XP 68 | 220 | 1,540 | 190 | 1.00 | 0.75 | 1,540 | 143 | 842 | 78 |
| Omala 320 | 360 | 1,950 | 240 | 1.00 | 7.75 | 1,950 | 1,860 | 1,066 | 1,017 |
| Tellus 100 | 550 | 2,100 | 280 | 2.00 | 7.00 | 4,200 | 1,960 | 2,295 | 1,071 |
| Tellus 68 | 180 | | 190 | | 9.00 | 0 | 1,710 | 0 | 935 |
| Graxa Mineral | 18 | | 105 | | 0.90 | 0 | 95 | 0 | 52 |
| Omala 150 | 40 | | 240 | | 2.00 | 0 | 480 | 0 | 262 |
| | | | | | | 33,102 | 10,902 | 18,091 | 5,958 |

| | | | | |
|---|---|---|---|---|
| | | | | 24,050 USD |

FX Rate R$ to USD   0.54654

| | allocated | | | |
|---|---|---|---|---|
| | required | Barrel | Pail | check |
| Gardinia 30 | 2,400 | 2400 | 0 | 0 |
| Rimula R3X / Top Turbo | 200 | 200 | 0 | 0 |
| Lubrax Ind. EGF-150-PS | 100 | 0 | 100 | 0 |
| Lubrax Ind. HR-68-EP | 500 | 410 | 90 | 0 |
| Marbrax TR-68 | 60 | 0 | 60 | 0 |
| CP-100-AC | 80 | 0 | 80 | 0 |
| Castrol Icematic 2284 | 10 | 0 | 10 | 0 |
| EGF-68-PS | 60 | 0 | 60 | 0 |
| Atlas Copco Fluid 201 | 100 | 0 | 100 | 0 |
| Capela | 20 | 0 | 20 | 0 |
| Hidra XP 68 | 220 | 205 | 15 | 0 |
| Omala 320 | 360 | 205 | 155 | 0 |
| Tellus 100 | 550 | 410 | 140 | 0 |
| Tellus 68 | 180 | 0 | 180 | 0 |
| Graxa Mineral | 18 | 0 | 18 | 0 |
| Omala 150 | 40 | 0 | 40 | 0 |

EXHIBIT 4